UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
RODRIGUEZ, :
: **PROPOSED ORDER TO TAKE THE DEPOSITION OF INCARCERATED INDIVIDUAL**
           Plaintiff, :
:
: 21 Civ. 8078 (KMK)(JCM)
  -against- :
:
PALMER, et al, :
:
          Defendants. :
-------------------------------------------------------------x

It is ordered that counsel from the State of New York, Office of the Attorney General, may take the deposition of incarcerated individual Anthony Rodriguez (DIN 93A9247) at Five Points Correctional Facility or any facility where he is currently housed, either in person or by remote means, on or before August 15, 2024.

Dated:   White Plains, New York
          August 7, 2024

                                     So Ordered:

                                     Judith C. McCarthy
                                     United States Magistrate Judge