UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTHONY RODRIGUEZ,

                            Plaintiff,                    **SCHEDULING ORDER**

      -against-                                         21 Civ. 8078 (KMK)(JCM)

TENNESSEE S. PALMER, *et al.*,

                            Defendants.
-----------------------------------------------------------------x

      The Settlement Conference scheduled for November 13, 2024 at 2:00 p.m. via Microsoft Teams is adjourned to December 16, 2024 at 2:00 p.m. A separate e-mail will be sent to counsel for Defendants containing information on how to connect to the conference.

      Parties are required to appear. Plaintiff and counsel for Defendants, if they have not already done so, are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than December 9, 2024, outlining any information that would assist the Court in preparation for the conference.

      It is the responsibility of counsel for the Defendants to provide the conference information to the appropriate facility and arrange for the *pro se* Plaintiff to be available via video or telephone.

      The Clerk is directed to terminate the pending motion (Docket No. 53) and mail a copy of this Order to the *pro se* Plaintiff.

Dated: November 12, 2024
       White Plains, New York

                                                      **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge