UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY RODRIGUEZ,

                          Plaintiff,                           **SCHEDULING ORDER**

      -against-                                                  21 Civ. 8078 (KMK)(JCM)

TENNESSEE S. PALMER, *et al.*,

                          Defendants.
-------------------------------------------------------------X

       The Settlement Conference scheduled for December 16, 2024 at 2:00 p.m. via Microsoft Teams is adjourned to January 15, 2025 at 2:00 p.m. A separate e-mail will be sent to counsel for Defendants containing information on how to connect to the conference.

       Parties are required to appear. Plaintiff and counsel for Defendants, if they have not already done so, are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than January 8, 2025, outlining any information that would assist the Court in preparation for the conference.

       It is the responsibility of counsel for the Defendants to provide the conference information to the appropriate facility and arrange for the *pro se* Plaintiff to be available via video or telephone.

       The Clerk is directed to terminate the pending motion (Docket No. 56) and mail a copy of this Order to the *pro se* Plaintiff.

Dated: December 2, 2024
         White Plains, New York

                                                              **SO ORDERED:**

                                                               _____
                                                               JUDITH C. McCARTHY
                                                               United States Magistrate Judge